UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                          )
                                                )
SALVADOR CIARELLA, JR                           )    CASE NO.  15-50375KKS
   AND                                          )
MARVA CIARAVELLA                                )    CHAPTER 7
   Debtors.                                     )
                                                )
_____ )

REPORT AND NOTICE OF INTENTION
TO SELL PROPERTY OF THE ESTATE

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection(CM/ECF filers must file objections electronically using the Court's CM/ECF system; all others must ensure that their objections are received on or before the deadline in the office of the Clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301), and serve a copy on the Trustee, John E. Venn, Jr, 220 W Garden St, Suite 603, Pensacola, FL 32502.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice of hearing, and may grant the relief requested.

JOHN E. VENN, JR., TRUSTEE, reports that he intends to sell the following property under these terms and conditions:

**1) Description of Property:** Non-exempt real property consisting of a 2/3rds interest in 2603 N 21st St, Tampa, FL and a single burial plot at Sunset Memory Gardens, Thonotosassa, FL. Non-exempt personal property consisting of a 2001 GMC Sierra and a 2006 Mercury Gran Marquis less the Debtors' allowed exemptions as set forth on Schedule C filed by the Debtors and incorporated herein

by reference

2) **Manner of Sale:**  Private [X]*      Public [ ]

3) **Terms of Sale:**  Private sale to Salvador and Marva Ciaravella, Jr for $5,400.00 payable over twelve (12) months in equal installments of $450 with the first payment due on January 15, 2016 and on the fifteenth (15) day of each month thereafter until paid in full . All payments shall be made to John E. Venn, Jr., Trustee, 220 W. Garden St., Suite 603, Pensacola, FL 32502. This sale is As Is, Where Is with no warranties, either express or implied.

4) **Basis for Value:** Schedules filed by the debtors under oath

* (Applicable to private sales only.) The Trustee will entertain any higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 10% of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below within fifteen (15) days of the date of mailing of this notice. Any offers received and any sales of property are subject to compliance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules, United States Bankruptcy Court, Northern District of Florida.

The objection shall state the reason for the objection and shall include a request for a hearing. If no objection is filed, the sale will take place.

Dated: 12/16/15

/s/ John E. Venn, Jr.
JOHN E. VENN, JR.
FL Bar No. 184992
220 W. Garden St., #603
Pensacola, FL 32502
(850) 438-0005
Johnvennjrpa@aol.com

Copies Mailed to all creditors on attached matrix by _____

By /s/ A.M.

On 12-17-15

Label Matrix for local noticing
1129-5
Case 15-50375-KKS
Northern District of Florida
Panama City
Wed Dec 16 11:01:38 EST 2015

Marva Ciaravella
4664 Creek Rd
Vernon, FL 32462-3006

Salvador Ciaravella Jr.
4664 Creek Rd
Vernon, FL 32462-3006

Ditech Financial LLC f/k/a Greentree Servici
Law Offices of Popkin & Rosaler, P.A.
c/o Richard Cohn, 1701 W. Hillsboro Blvd
Suite 400
Deerfield Beach, FL 33442

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

U.S. Attorney (Tallahassee Office)
111 N. Adams Street
Fourth Floor
Tallahassee, FL 32301-7736

U.S. Bank National Association
c/o Nicole Mariani Noel, Esq.
P.O. Box 800
Tampa, FL 33601-0800

U.S. Bank National Association, as Trustee f
C/O Heller Zion, LLP
1428 Brickell Avenue, Suite 700
Miami, FL 33131-3435

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

ASC - US Bank National Assoc
PO Box 10388
Des Moines, IA 50306-0388

Accounts Receivable
2020 N.E. 163rd St
N. Miami Beach, FL 33162-4927

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063-6712

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285-7288

Cbna
Po Box 6283
Sioux Falls, SD 57117-6283

Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Chase Bank
PO Box 71
Phoenix, AZ 85001-0071

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Chase Mtg
Po Box 24696
Columbus, OH 43224-0696

Chevron
Pob 5010 Room 1242
Concord, CA 94524-0010

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Ditech
PO Box 6172
Rapid City, SD 57709-6172

Ditech Financial LLC f/k/a Greentree Servici
c/o Law Offices of Popkin & Rosaler, P.A
1701 W. Hillsboro Blvd., Suite 400
Deerfield Beach, FL 33442-1572

(c)DITECH FINANCIAL LLC
332 MINNESOTA ST STE E610
SAINT PAUL MN 55101-1311

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Financial Credit Svcs
628 Bypass Dr
Clearwater, FL 33764-5024

Flynn LaVrar, Esq.
1133 S. University Dr.
Second Floor
Plantation, FL 33324-3303

Ocwen Loan Servicing
PO Box 24738
West Palm Beach, FL 33416-4738

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826-2703

Ocwen Loan Servicing L
3451 Hammond Ave
Waterloo, IA 50702-5345

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4962

Real Time Solutions
1750 Regal Row #120
Dallas, TX 75235-2287

Region/Ams
Po Box 11007
Birmingham, AL 35288-0001

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

Select Portfolio Servicing, Inc.
C/O Heller Zion, LLP
1428 Brickell Avenue, Suite 700
Miami, FL 33131-3435

Select Portfolio Svcin
Po Box 65250
Salt Lake City, UT 84165-0250

St. Joseph Hospital
Attn: Billing
3001 W. Dr. MLK, Jr. Blvd.
Tampa, FL 33607-6307

The Law Offices Of Mit
2222 Texoma Pkwy Ste 160
Sherman, TX 75090-2482

US Bank Nat'l Assc. as Trustee
Shapiro, Fishman, & Gache
4630 Woodland Corp. Blvd.
Ste 100
Tampa, FL 33614-2429

US Bank National Assc. as Trustee
Kass Shuler, PA, Esq
1505 N. Florida Ave.
Tampa, FL 33602-2654

Usaa Savings Bank
Po Box 47504
San Antonio, TX 78265-7504

Wells Fargo Bank
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank N/A as Indenture
Aldridge Connors, LLP, Esq.
7000 W. Palmetto Park Rd.
Ste 307
Boca Raton, FL 33433-3430

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107-1557

Wf/Wb
Po Box 3117
Winston Salem, NC 27102-3117

Wfm/Wbm
3480 Stateview Blvd Bldg
Fort Mill, SC 29715-7203

United States Trustee +
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

John E. Venn Jr.+
220 W. Garden Street
Suite 603
Pensacola, FL 32502-5732

Secretary of the Treasury +
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

Internal Revenue Service +
P.O. Box 7346
Philadelphia, PA 19101-7346

Michael R. Reiter +
Michael R. Reiter
P. O. Box 330
Lynn Haven, FL 32444-0330

Fran E. Zion +
Heller & Zion, LLP
1428 Brickell Avenue, Suite 700
Miami, FL 33131-3435

Nicole Mariani Noel +
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601-0800

Richard Paul Cohn +
POPKIN & ROSALER, P.A.
1701 West Hillsboro Boulevard
Suite 400
Deerfield Beach, FL 33442-1572

The preferred mailing address (p) above has been substituted for the following enti /entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) a  Fed.R.Bank.P. 2002 (g)(4).

U.S. Securities & Exchange Commission
Branch of Reorganization
3475 Lenox Rd., N.E. Suite 100
Atlanta, GA 30326-1323

Fia Csna
Po Box 982235
El Paso, TX 79998

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®                Sens de chargement    Repliez à la hachure afin de révéler le rebord Pop-up™                www.avery.com
1-800-GO-AVERY

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Ditech Financial Llc<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 | End of Label Matrix<br>Mailable recipients    53<br>Bypassed recipients     0<br>Total                  53 |