UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE;

SALVADOR AND MARVA CIARAVELLA                 CASE NO. 15-50375KKS

Debtors,                                      CHAPTER 7

_____ )

## VERIFIED MOTION TO PURCHASE PROPERTY FROM THE ESTATE

Movant, WILLIAM CRESCENZO, files this Verified Motion To Purchase Property from the Estate, and in support thereof, states as follows:

1.  The Debtors are the owners of that certain real properties located in Hillsborough County, Florida and which is commonly known as 1724 Chestnut Street & 1722 Chestnut Street, Tampa, Florida (the "Properties").

    a.  Address: 1722 Chestnut St, Tampa Florida        Folio: 178950-0000

Legal: LOT 7 AND THE EAST ½ OF LOT 8, BLOCK 15, REVISED MAP OF MACFARLANES ADDITION TO WEST TAMPA REVISED, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLATBOOK 3, PAGE 30 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

    a.  Address: 1724 Chestnut St, Tampa Florida        Folio: 178950-0100

Legal: THE WEST ½ OF LOT 8 AND ALL OF LOT 9, BLOCK 15, REVISED MAP OF MACFARLANES ADDITION TO WEST TAMPA REVISED, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLATBOOK 3, PAGE 30 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

2.  The Property at 1722 Chestnut St, is encumbered by a mortgage, far outweighing the value on the subject property, making this property a negative asset to the estate.

FILED

JUN 29 A 9: 04

CLERK
BANKRUPTCY COURT
NORTHERN DISTRICT FL.

a.  Mortgage outstanding balance of approximately $108,000.00 (not including any attorney's fees), as noted on the Affidavit filed by Ocwen Loan Servicing, LLC as servicer for Wells Fargo Bank, N.A, as Indenture trustee under the indenture relating to Impac CMB trust series 2005-6. *See* **Exhibit A.**

b.  Taxable value is $81,764.00. *See* **Exhibit A.**

3.  The property at 1724 Chestnut St, is encumbered by a mortgage, far outweighing the value on the subject property, making this property a negative asset to the estate.

a.  Mortgage outstanding balance of approximately $115,000.00 (not including any attorney's fees), as noted on the Affidavit filed by Select Portfolio Servicing, Inc., as servicing agent for U.S Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC9, asset backed certificates, series 2005-AC9. *See* **Exhibit B.**

b.  Taxable value is $79,402.00. *See* **Exhibit B.**

4.  On April 6, 2016, Movant submitted an offer to Trustee John E. Venn, Jr., through his assistant Alyssa Venn, to purchase the Property subject to any and all outstanding liens and mortgages.

5.  On April 19, 2016, Movant sent a follow up email correspondence to the Trustee inquiring about the response on Movant's offer.

6.  On April 19, 2016, Movant received a response from Alyssa Venn, that the Trustee is not interested in pursuing any offers for under $3,500.00. A copy of that email correspondence is attached hereto as **Exhibit C.**

7.  Movant submits that a $1,000.00 is a fair and reasonable offer per each property, which is encumbered with a higher amount of debt than the property is worth.

8.  Movant requests that the 2 Properties to be sold short to Movant. Movant has experience with short sales, and understands that there are certain requirements set forth by the bank. The primary requirement being that the property is "under contract" to sell, but title has not yet been transferred.

As such, Movant contemplates the following would be necessary to complete the short sale transactions:

A.  Trustee contracts to sell the properties to Movant with a closing date that is 6 months away (to permit the short sale process with the bank).

B.  Trustee gives authorization to William Crescenzo and Hillsborough Title company to negotiate with bank on behalf of the Estate.

C.  Hillsborough Title shall be appointed the closing company for the loan.

D.  Properties shall be listed with Demeter Properties Inc., in Tampa Florida to meet the requirements of the short sale.

E.  Movant shall pay his own attorney to draft all documents for Trustee to sign in regards to these short sales., at no expense to the Estate.

F.  Movant shall pay to Trustee the total sum of $2,000.00, and the Trustee shall provide a deed for each parcel to be held in escrow by Hillsborough Title until such a time as the short sale transaction is closed.  (This is to avoid the necessity of re-opening the bankruptcy estate to execute the deeds.)

9.  This will operate to maximize the amount of money received by the Lenders, without creating additional work to the trustee or estate.  The mortgage lenders for both properties will receive the agreed short sale consideration amount for both loans, the estate will receive an additional $2,000, and the Lenders will not have to expend more funds for litigation.

10. Moreover, any income to the Estate would be a benefit to the Estate and its creditors.  Thus, Movant requests that this Honorable Court direct the trustee to sell the Properties for Movant's offered price of $1,000.00 each.

WHEREFORE, Movant respectfully requests that this Honorable Court enter an Order directing the sale of the Properties to Movant for the total sum of $2,000.00, and such further relief as the Court deems just and proper.

<u>**Verification**</u>

***Under penalty of perjury, I, William Crescenzo, do hereby declare under oath that the statements contained herein are true and correct.***

Dated:  June 26, 2016

William Crescenzo, Movant
3101 N. Nebraska Ave
Tampa, FL 33603
William@interestholdings.com
Cell: 813-360-0000

<u>**Service Matrix**</u>

Heller & Zion, L.L.P. (via electronic notice)
Attorneys for U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC9, Asset Backed Certificates, Series 2005-AC9
c/o 1722 West Chestnut Ave, Tampa Florida
1428 Brickell Avenue,
Suite 700 Miami, FL 33131
Designated Email: mail@hellerzion.com

Brandi Lesesne, (via electronic notice)
Attorney for WELLS FARGO BANK, N.A., AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMPAC CMB Trust Series 2005-6
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E.,
Suite 500 Atlanta, GA 30305
Email: blesesne@aldridgepite.com

DEBTORS ATTORNEY (via electronic notice)
Michael R. Reiter
Michael R. Reiter
 P. O. Box 330
 Lynn Haven, FL 32444
mikelawbk@gmail.com

DEBTORS(via U.S. Mail & Via Electronic Notice)
Salvador Ciaravella, Jr.
Marva Ciaravella
4664 Creek Rd Vernon,
FL 32462
salc1912@gmail.com

TRUSTEE (via electronic notice)
John E. Venn, Jr.
220 W. Garden Street
Suite 603 Pensacola, FL 32502
johnvenntrustee@aol.com

UNITED STATES TRUSTEE (via electronic notice)
U.S. Trustee 110 East Park Ave.,
Suite 128 Tallahassee, FL 32301
USTP.Region21@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                      Case No.15-50375-KKS

SALVADOR CIARAVELLA, JR. AND                Chapter 7
MARVA CIARAVELLA,

        Debtors.

_____/

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(re: 1724 W Chestnut Street, Tampa, Florida 33607)**

I, _____Brian Ader_____, declare under penalty of perjury as follows:

1.      I am employed as a _Contract Management Coordinator_ of Ocwen Loan Servicing, LLC and am authorized to sign this Affidavit on behalf of Ocwen Loan Servicing, LLC, as servicer for WELLS FARGO BANK, N.A., AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMPAC CMB Trust Series 2005-6 (the "Movant"). This Affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed.

2.      I make this affirmation based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of Ocwen Loan Servicing, LLC. As part of my job responsibilities for Ocwen Loan Servicing, LLC, I have personal knowledge of and am familiar with the types of records maintained by Ocwen Loan Servicing, LLC in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Ocwen Loan Servicing, LLC that pertain to the Loan and extensions of credit given to Debtors concerning the property securing such Loan.

3.      The information in this affidavit is taken from Ocwen Loan Servicing, LLC's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in

Exhibit B

the course of Ocwen Loan Servicing, LLC's regularly conducted business activities; and (c) it is the regular practice of Ocwen Loan Servicing, LLC to make such records.

4.      The Debtors Salvador Ciaravella, Jr. aka Sal Ciaravella and Marva Ciaravella have executed and delivered or are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). The Debtors Salvador Ciaravella, Jr. aka Sal Ciaravella and Marva Ciaravella have executed and delivered or are otherwise obligated with respect to that Mortgage referenced in the Motion (the "Mortgage"). Pursuant to that certain Mortgage referenced in the Motion (the "Mortgage"), all obligations of the Debtors under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

5.      The Mortgage has been assigned to Movant as evidenced by an assignment of record.

6.      As of May 5, 2016, there are one or more defaults in paying Debtors contractual amounts due with respect to the Note.

7.      As of May 5, 2016, the unpaid principal balance of the Note is $74,413.59.

8.      The following chart sets forth those contractual payments, due pursuant to the terms of the Note, that have been missed by the Debtors as of May 5, 2016:

| Number of Missed Payments | From: | To: | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 4 | 10/1/2011 | 1/1/2012 | $393.93 | $184.31 | $578.24 | $2,312.96 |
| 35 | 2/1/2012 | 12/1/2014 | $393.93 | $171.62 | $565.55 | $19,794.25 |
| 5 | 1/1/2015 | 5/1/2015 | $498.02 | $171.62 | $669.64 | $3,348.20 |
| 12 | 6/1/2015 | 5/1/2016 | $498.02 | $234.75 | $732.77 | $8,793.24 |
| Less contractual partial payments (suspense balance): | | | | | | ($3.78) |
| | | | | | Total: | $34,244.87 |

Exhibit B

9.    Attached hereto as Exhibit A is a contractual payment due history.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 2ND day of JUNE, 2016

Signature

**Brian Ader**

Name

Contract Management Coordinator

Title

State of FLORIDA
County of PALM BEACH

The foregoing instrument was acknowledge and sworn before me this 2 day of June, 2016, by **Brian Ader** as a Contract Management Coordinator of Ocwen Loan Servicing, LLC, who is personally known to me or who has produced _____ as identification.

Notary Public – State of Florida

**Christopher Kelley**

Printed Name
Commission expires: 12/30/16

Notary Public State of Florida
Christopher Kelley
My Commission EE 861683
Expires 12/30/2016

Exhibit B

Customer: Ciaravella      Loan Number: ███████      Curr Prin Bal:      74,4

| Pmt Nbr | Due Dt | Principal | Interest | P&I | Escrow | Op |
|---|---|---|---|---|---|---|
| 1 | 10/01/11 | 161.39 | 232.54 | 393.93 | 184.31 | |
| 2 | 11/01/11 | 161.89 | 232.04 | 393.93 | 184.31 | |
| 3 | 12/01/11 | 162.40 | 231.53 | 393.93 | 184.31 | |
| 4 | 01/01/12 | 162.91 | 231.02 | 393.93 | 184.31 | |
| 5 | 02/01/12 | 163.41 | 230.52 | 393.93 | 171.62 | |
| 6 | 03/01/12 | 163.93 | 230.00 | 393.93 | 171.62 | |
| 7 | 04/01/12 | 164.44 | 229.49 | 393.93 | 171.62 | |
| 8 | 05/01/12 | 164.95 | 228.98 | 393.93 | 171.62 | |
| 9 | 06/01/12 | 165.47 | 228.46 | 393.93 | 171.62 | |
| 10 | 07/01/12 | 165.98 | 227.95 | 393.93 | 171.62 | |
| 11 | 08/01/12 | 166.50 | 227.43 | 393.93 | 171.62 | |
| 12 | 09/01/12 | 167.02 | 226.91 | 393.93 | 171.62 | |
| 13 | 10/01/12 | 167.54 | 226.39 | 393.93 | 171.62 | |
| 14 | 11/01/12 | 168.07 | 225.86 | 393.93 | 171.62 | |
| 15 | 12/01/12 | 168.59 | 225.34 | 393.93 | 171.62 | |
| 16 | 01/01/13 | 169.12 | 224.81 | 393.93 | 171.62 | |
| 17 | 02/01/13 | 169.65 | 224.28 | 393.93 | 171.62 | |
| 18 | 03/01/13 | 170.18 | 223.75 | 393.93 | 171.62 | |
| 19 | 04/01/13 | 170.71 | 223.22 | 393.93 | 171.62 | |
| 20 | 05/01/13 | 171.24 | 222.69 | 393.93 | 171.62 | |
| 21 | 06/01/13 | 171.78 | 222.15 | 393.93 | 171.62 | |
| 22 | 07/01/13 | 172.32 | 221.61 | 393.93 | 171.62 | |
| 23 | 08/01/13 | 172.85 | 221.08 | 393.93 | 171.62 | |
| 24 | 09/01/13 | 173.39 | 220.54 | 393.93 | 171.62 | |
| 25 | 10/01/13 | 173.94 | 219.99 | 393.93 | 171.62 | |
| 26 | 11/01/13 | 174.48 | 219.45 | 393.93 | 171.62 | |
| 27 | 12/01/13 | 175.03 | 218.90 | 393.93 | 171.62 | |
| 28 | 01/01/14 | 175.57 | 218.36 | 393.93 | 171.62 | |
| 29 | 02/01/14 | 176.12 | 217.81 | 393.93 | 171.62 | |
| 30 | 03/01/14 | 176.67 | 217.26 | 393.93 | 171.62 | |
| 31 | 04/01/14 | 177.22 | 216.71 | 393.93 | 171.62 | |
| 32 | 05/01/14 | 177.78 | 216.15 | 393.93 | 171.62 | |
| 33 | 06/01/14 | 178.33 | 215.60 | 393.93 | 171.62 | |
| 34 | 07/01/14 | 178.89 | 215.04 | 393.93 | 171.62 | |
| 35 | 08/01/14 | 179.45 | 214.48 | 393.93 | 171.62 | |
| 36 | 09/01/14 | 180.01 | 213.92 | 393.93 | 171.62 | |
| 37 | 10/01/14 | 180.57 | 213.36 | 393.93 | 171.62 | |
| 38 | 11/01/14 | 181.14 | 212.79 | 393.93 | 171.62 | |
| 39 | 12/01/14 | 181.70 | 212.23 | 393.93 | 171.62 | |
| 40 | 01/01/15 | 131.14 | 366.88 | 498.02 | 171.62 | |
| 41 | 02/01/15 | 131.85 | 366.17 | 498.02 | 171.62 | |
| 42 | 03/01/15 | 132.57 | 365.45 | 498.02 | 171.62 | |

Exhibit A
Exhibit B

| | | | | |
|---|---|---|---|---|
| 43 04/01/15 | 133.29 | 364.73 | 498.02 | 171.62 |
| 44 05/01/15 | 134.01 | 364.01 | 498.02 | 171.62 |
| 45 06/01/15 | 134.73 | 363.29 | 498.02 | 234.75 |
| 46 07/01/15 | 135.46 | 362.56 | 498.02 | 234.75 |
| 47 08/01/15 | 136.20 | 361.82 | 498.02 | 234.75 |
| 48 09/01/15 | 136.94 | 361.08 | 498.02 | 234.75 |
| 49 10/01/15 | 137.68 | 360.34 | 498.02 | 234.75 |
| 50 11/01/15 | 138.42 | 359.60 | 498.02 | 234.75 |
| 51 12/01/15 | 139.17 | 358.85 | 498.02 | 234.75 |
| 52 01/01/16 | 139.93 | 358.09 | 498.02 | 234.75 |
| 53 02/01/16 | 140.68 | 357.34 | 498.02 | 234.75 |
| 54 03/01/16 | 141.45 | 356.57 | 498.02 | 234.75 |
| 55 04/01/16 | 142.21 | 355.81 | 498.02 | 234.75 |
| 56 05/01/16 | 142.98 | 355.04 | 498.02 | 234.75 |

Exhibit A
Exhibit B

13.59    Escrow Bal:    10,901.92-

| t Ins | Subsidy | Fees/Exp | Payment | Total Due |
|-------|---------|----------|---------|-----------|
| 0.00 | .00 | 19.70 | 578.24 | 594.16 |
| 0.00 | .00 | 0.00 | 578.24 | 1,172.40 |
| 0.00 | .00 | 0.00 | 578.24 | 1,750.64 |
| 0.00 | .00 | 0.00 | 578.24 | 2,328.88 |
| 0.00 | .00 | 0.00 | 565.55 | 2,894.43 |
| 0.00 | .00 | 0.00 | 565.55 | 3,459.98 |
| 0.00 | .00 | 0.00 | 565.55 | 4,025.53 |
| 0.00 | .00 | 0.00 | 565.55 | 4,591.08 |
| 0.00 | .00 | 0.00 | 565.55 | 5,156.63 |
| 0.00 | .00 | 0.00 | 565.55 | 5,722.18 |
| 0.00 | .00 | 0.00 | 565.55 | 6,287.73 |
| 0.00 | .00 | 0.00 | 565.55 | 6,853.28 |
| 0.00 | .00 | 0.00 | 565.55 | 7,418.83 |
| 0.00 | .00 | 0.00 | 565.55 | 7,984.38 |
| 0.00 | .00 | 0.00 | 565.55 | 8,549.93 |
| 0.00 | .00 | 0.00 | 565.55 | 9,115.48 |
| 0.00 | .00 | 0.00 | 565.55 | 9,681.03 |
| 0.00 | .00 | 0.00 | 565.55 | 10,246.58 |
| 0.00 | .00 | 0.00 | 565.55 | 10,812.13 |
| 0.00 | .00 | 0.00 | 565.55 | 11,377.68 |
| 0.00 | .00 | 0.00 | 565.55 | 11,943.23 |
| 0.00 | .00 | 0.00 | 565.55 | 12,508.78 |
| 0.00 | .00 | 0.00 | 565.55 | 13,074.33 |
| 0.00 | .00 | 0.00 | 565.55 | 13,639.88 |
| 0.00 | .00 | 0.00 | 565.55 | 14,205.43 |
| 0.00 | .00 | 0.00 | 565.55 | 14,770.98 |
| 0.00 | .00 | 0.00 | 565.55 | 15,336.53 |
| 0.00 | .00 | 0.00 | 565.55 | 15,902.08 |
| 0.00 | .00 | 0.00 | 565.55 | 16,467.63 |
| 0.00 | .00 | 0.00 | 565.55 | 17,033.18 |
| 0.00 | .00 | 0.00 | 565.55 | 17,598.73 |
| 0.00 | .00 | 0.00 | 565.55 | 18,164.28 |
| 0.00 | .00 | 0.00 | 565.55 | 18,729.83 |
| 0.00 | .00 | 0.00 | 565.55 | 19,295.38 |
| 0.00 | .00 | 0.00 | 565.55 | 19,860.93 |
| 0.00 | .00 | 0.00 | 565.55 | 20,426.48 |
| 0.00 | .00 | 0.00 | 565.55 | 20,992.03 |
| 0.00 | .00 | 0.00 | 565.55 | 21,557.58 |
| 0.00 | .00 | 0.00 | 565.55 | 22,123.13 |
| 0.00 | .00 | 0.00 | 669.64 | 22,792.77 |
| 0.00 | .00 | 0.00 | 669.64 | 23,462.41 |
| 0.00 | .00 | 0.00 | 669.64 | 24,132.05 |

Exhibit A
Exhibit B

| 0.00 | .00 | 0.00 | 669.64 | 24,801.69 |
| 0.00 | .00 | 0.00 | 669.64 | 25,471.33 |
| 0.00 | .00 | 0.00 | 732.77 | 26,204.10 |
| 0.00 | .00 | 0.00 | 732.77 | 26,936.87 |
| 0.00 | .00 | 0.00 | 732.77 | 27,669.64 |
| 0.00 | .00 | 0.00 | 732.77 | 28,402.41 |
| 0.00 | .00 | 0.00 | 732.77 | 29,135.18 |
| 0.00 | .00 | 0.00 | 732.77 | 29,867.95 |
| 0.00 | .00 | 0.00 | 732.77 | 30,600.72 |
| 0.00 | .00 | 0.00 | 732.77 | 31,333.49 |
| 0.00 | .00 | 0.00 | 732.77 | 32,066.26 |
| 0.00 | .00 | 0.00 | 732.77 | 32,799.03 |
| 0.00 | .00 | 0.00 | 732.77 | 33,531.80 |
| 0.00 | .00 | 0.00 | 732.77 | 34,264.57 |

**Exhibit A**
**Exhibit B**

Exhibit C

Customer: Claravella    Loan Number: ▮▮▮▮    Curr Prin Bal: 74,413.59    Escrow Bal: 10,901.92-

| Pmt Nbr | Due Dt | Principal | Interest | P&I | Escrow | Opt Ins | Subsidy | Fees/Exp | Payment | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/01/11 | 161.39 | 232.54 | 393.93 | 184.31 | 0.00 | .00 | 19.70 | 578.24 | 594.16 |
| 2 | 11/01/11 | 161.89 | 232.04 | 393.93 | 184.31 | 0.00 | .00 | 0.00 | 578.24 | 1,172.40 |
| 3 | 12/01/11 | 162.40 | 231.53 | 393.93 | 184.31 | 0.00 | .00 | 0.00 | 578.24 | 1,750.64 |
| 4 | 01/01/12 | 162.91 | 231.02 | 393.93 | 184.31 | 0.00 | .00 | 0.00 | 578.24 | 2,328.88 |
| 5 | 02/01/12 | 163.41 | 230.52 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 2,894.43 |
| 6 | 03/01/12 | 163.93 | 230.00 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 3,459.98 |
| 7 | 04/01/12 | 164.44 | 229.49 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 4,025.53 |
| 8 | 05/01/12 | 164.95 | 228.98 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 4,591.08 |
| 9 | 06/01/12 | 165.47 | 228.46 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 5,156.63 |
| 10 | 07/01/12 | 165.98 | 227.95 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 5,722.18 |
| 11 | 08/01/12 | 166.50 | 227.43 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 6,287.73 |
| 12 | 09/01/12 | 167.02 | 226.91 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 6,853.28 |
| 13 | 10/01/12 | 167.54 | 226.39 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 7,418.83 |
| 14 | 11/01/12 | 168.07 | 225.86 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 7,984.38 |
| 15 | 12/01/12 | 168.59 | 225.34 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 8,549.93 |
| 16 | 01/01/13 | 169.12 | 224.81 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 9,115.48 |
| 17 | 02/01/13 | 169.65 | 224.28 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 9,681.03 |
| 18 | 03/01/13 | 170.18 | 223.75 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 10,246.58 |
| 19 | 04/01/13 | 170.71 | 223.22 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 10,812.13 |
| 20 | 05/01/13 | 171.24 | 222.69 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 11,377.68 |
| 21 | 06/01/13 | 171.78 | 222.15 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 11,943.23 |
| 22 | 07/01/13 | 172.32 | 221.61 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 12,508.78 |
| 23 | 08/01/13 | 172.85 | 221.08 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 13,074.33 |
| 24 | 09/01/13 | 173.39 | 220.54 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 13,639.88 |
| 25 | 10/01/13 | 173.94 | 219.99 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 14,205.43 |
| 26 | 11/01/13 | 174.48 | 219.45 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 14,770.98 |
| 27 | 12/01/13 | 175.03 | 218.90 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 15,336.53 |
| 28 | 01/01/14 | 175.57 | 218.36 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 15,902.08 |
| 29 | 02/01/14 | 176.12 | 217.81 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 16,467.63 |
| 30 | 03/01/14 | 176.67 | 217.26 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 17,033.18 |
| 31 | 04/01/14 | 177.22 | 216.71 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 17,598.73 |
| 32 | 05/01/14 | 177.78 | 216.15 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 18,164.28 |
| 33 | 06/01/14 | 178.33 | 215.60 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 18,729.83 |
| 34 | 07/01/14 | 178.89 | 215.04 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 19,295.38 |
| 35 | 08/01/14 | 179.45 | 214.48 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 19,860.93 |
| 36 | 09/01/14 | 180.01 | 213.92 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 20,426.48 |
| 37 | 10/01/14 | 180.57 | 213.36 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 20,992.03 |
| 38 | 11/01/14 | 181.14 | 212.79 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 21,557.58 |
| 39 | 12/01/14 | 181.70 | 212.23 | 393.93 | 171.62 | 0.00 | .00 | 0.00 | 565.55 | 22,123.13 |
| 40 | 01/01/15 | 131.14 | 366.88 | 498.02 | 171.62 | 0.00 | .00 | 0.00 | 669.64 | 22,792.77 |
| 41 | 02/01/15 | 131.85 | 366.17 | 498.02 | 171.62 | 0.00 | .00 | 0.00 | 669.64 | 23,462.41 |
| 42 | 03/01/15 | 132.57 | 365.45 | 498.02 | 171.62 | 0.00 | .00 | 0.00 | 669.64 | 24,132.05 |
| 43 | 04/01/15 | 133.29 | 364.73 | 498.02 | 171.62 | 0.00 | .00 | 0.00 | 669.64 | 24,801.69 |
| 44 | 05/01/15 | 134.01 | 364.01 | 498.02 | 171.62 | 0.00 | .00 | 0.00 | 669.64 | 25,471.33 |
| 45 | 06/01/15 | 134.73 | 363.29 | 498.02 | 234.75 | 0.00 | .00 | 0.00 | 732.77 | 26,204.10 |
| 46 | 07/01/15 | 135.46 | 362.56 | 498.02 | 234.75 | 0.00 | .00 | 0.00 | 732.77 | 26,936.87 |
| 47 | 08/01/15 | 136.20 | 361.82 | 498.02 | 234.75 | 0.00 | .00 | 0.00 | 732.77 | 27,669.64 |
| 48 | 09/01/15 | 136.94 | 361.08 | 498.02 | 234.75 | 0.00 | .00 | 0.00 | 732.77 | 28,402.41 |
| 49 | 10/01/15 | 137.68 | 360.34 | 498.02 | 234.75 | 0.00 | .00 | 0.00 | 732.77 | 29,135.18 |
| 50 | 11/01/15 | 138.42 | 359.60 | 498.02 | 234.75 | 0.00 | .00 | 0.00 | 732.77 | 29,867.95 |
| 51 | 12/01/15 | 139.17 | 358.85 | 498.02 | 234.75 | 0.00 | .00 | 0.00 | 732.77 | 30,600.72 |
| 52 | 01/01/16 | 139.93 | 358.09 | 498.02 | 234.75 | 0.00 | .00 | 0.00 | 732.77 | 31,333.49 |
| 53 | 02/01/16 | 140.68 | 357.34 | 498.02 | 234.75 | 0.00 | .00 | 0.00 | 732.77 | 32,066.26 |
| 54 | 03/01/16 | 141.45 | 356.57 | 498.02 | 234.75 | 0.00 | .00 | 0.00 | 732.77 | 32,799.03 |
| 55 | 04/01/16 | 142.21 | 355.81 | 498.02 | 234.75 | 0.00 | .00 | 0.00 | 732.77 | 33,531.80 |
| 56 | 05/01/16 | 142.98 | 355.04 | 498.02 | 234.75 | 0.00 | .00 | 0.00 | 732.77 | 34,264.57 |



**HILLSBOROUGH COUNTY**
PROPERTY APPRAISER

(http://www.hcpafl.org)

# Parcel Result
# Folio: 178950-0000

PROPERTY RECORD CARD



CIARAVELLA SAL JR
CIARAVELLA MARVA W

Mailing Address

11314 N ARMENIA AVE
TAMPA, FL  33612-5010

Site Address

1722 CHESTNUT ST, TAMPA

| | |
|---|---|
| PIN: | A-14-29-18-4PQ-000015-00007.0 |
| Folio: | 178950-0000 |
| Prior PIN: | |
| Prior Folio: | 000000-0000 |
| Tax District: | TA TAMPA |
| **Property Use:** | 0800 MFR <10 UNITS |
| Plat Book / Page: | 3 / 30 |
| Neighborhood: | 204003.00 | W Tampa Area, S of Columbus, W of River |
| Subdivision: | 4PQ | MAC FARLANES REV MAP OF ADDITIONS TO WEST TAM |

Value Summary GIS Map

Value Summary

Exhibit D

| Taxing District | Market Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| County | $81,764 | $67,815 | $0 | $67,815 |
| Public Schools | $81,764 | $81,764 | $0 | $81,764 |
| Municipal | $81,764 | $67,815 | $0 | $67,815 |
| Other Districts | $81,764 | $67,815 | $0 | $67,815 |

Note: This section shows Market Value, Assessed Value, Exemptions, and Taxable Value for taxing districts. Because of changes in Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000 Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies to countywide and certain municipal millages.



**Map It!**

Sales History

| Off. Record Book | Page | Date Month | Year | Type | Inst | Qualified or Unqualified | Vacant or Improved | Sale Price |
|---|---|---|---|---|---|---|---|---|
| **13537** | **0278** | 01 | 2004 | WD | | Unqualified | Improved | $80,000 |
| **2923** | **0512** | 01 | 1974 | | | Qualified | | $100 |

Building 1

Exhibit D



BAS(L13 FOP(L11 UST(L9 FOP(L11 D6 R11 U6) D6 R9 U6) D6 R11 U6) D6 L31 U6 L13 D34 R13 FOP(D1 R31 U4 L31 D3) U3 R31 D3 R13 U34).

### Building Characteristics

**Type:**    27 | DUPLEX/TRIPLEX/QUADPLX/ETC

Year Built: 1978

### Construction Details

| Element | Code | Construction Detail |
|---|---|---|
| Class | C | Masonry Or Concrete Frame |
| Exterior Wall | 5 | Concrete Block |
| Roof Structure | 3 | Gable Or Hip |
| Roof Cover | 3 | Asphalt/Comp. Shingle |
| Interior Walls | 5 | Drywall |
| Interior Flooring | 8 | Carpet |
| Heat/Ac | 2 | Central |
| Condition | 3 | Average |
| Stories | 1.0 | |
| Bedrooms | 2.0 | |
| Bathrooms | 1.0 | |
| Units | 2.0 | |

### Building Sub Areas

| Area Type | Gross Area | Heated Area | Depreciated Value |
|---|---|---|---|
| BAS | 1,659 | 1,659 | $65,039 |
| FOP | 66 | 0 | $627 |
| UST | 54 | 0 | $862 |
| FOP | 66 | 0 | $627 |
| FOP | 124 | 0 | $1,215 |
| Totals | 1,969 | 1,659 | $68,372 |

### Land Lines

| LN | Use Code | Description | Zone | Front | Depth | Unit Type | Total Land Units | Land Value |
|---|---|---|---|---|---|---|---|---|
| 1 | REB0 | Res SF Class 2.00 | RM-16 | 75 | 94 | SE | SF LOTS W/ EFF SIZE | 7,050.00 | $13,677.00 |

Exhibit D

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

                                            CASE NO. 15-50375-KKS
SALVADOR CIARAVELLA, JR.                     CHAPTER 7
MARVA CIARAVELLA

        Debtors
_____/

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR RELIEF FROM AUTOMATIC STAY

STATE OF _____Utah_____ )
                                  ) SS: Salt Lake
COUNTY OF __Salt Lake__ )
                  Michelle Enoch

        I, _____, hereby state the following:

        1.    I am a __Document Control Officer__ of Select Portfolio Servicing, Inc.

and am authorized to sign this Affidavit on behalf of Select Portfolio Servicing, Inc., as servicing

agent for U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust

2005-AC9, Asset Backed Certificates, Series 2005-AC9 ("Movant") with respect to a certain loan

(the "Loan") provided to Debtor(s), which Loan is evidenced by the Note (defined below) and

secured by the Mortgage (defined below).  I hereby make this Affidavit based upon the foregoing

capacity. This Affidavit is provided in support of the Motion for Relief from Stay filed

contemporaneously herewith (the "Motion").

        2.    As part of my job responsibilities for Select Portfolio Servicing, Inc., I am

familiar with the types of records maintained by Select Portfolio Servicing, Inc. in connection

with the Loan and the procedures for creating those types of records.  I have access to and have

reviewed the books, records and files of Select Portfolio Servicing, Inc. that pertain to the Loan

and extensions of credit given to Debtor(s) concerning the Property (defined below).

12075.194

3.    The information in this affidavit is taken from Select Portfolio Servicing, Inc. business records regarding the Loan.  I have personal knowledge of Select Portfolio Servicing, Inc. procedures for creating these types of records.  The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Select Portfolio Servicing, Inc. regularly conducted business activities; and (c) it is the regular practice of Select Portfolio Servicing, Inc.to make such records.

4.    The Debtor(s) has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note in the original principal amount of $86,250.00 (the "Note").  A true and correct copy of the Note is attached to the Motion as Exhibit A.

5.    Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property (as defined in the Motion).  A true and correct copy of the Mortgage is attached to the Motion as Exhibit B.

6.    All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of mortgage, a true and correct copy of which is attached to the Motion as Exhibit C.

7.    As of December 17, 2015, the outstanding unpaid principal balance under the Note was $79,194.98.

8.    The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtor(s):

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 51 | 10/01/2011 | 12/01/2015 | $752.69 | $38,387.19 |
| Less partial payments: | | | ($0.00) | |

12075.194

**Total: $38,387.19**

9.    The Debtor(s) owe Movant an outstanding principal balance of $115,812.14, plus

applicable interest, late charges, corporate advances, fees and costs, and have defaulted by failing

to make the payment due on October 01, 2011, and all subsequent payments due thereafter.

FURTHER AFFIANT SAYETH NAUGHT

*Michelle Groah*   1-18-16

Name: ~~Michelle Enoch~~

Title:    **Document Control Officer**

On _January 12, 2016_    before me, _____Siobhan Billingsley_____

(insert name and title of the officer) personally appeared _Michelle Enoch_ ___*___ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are

subscribed to the within instrument and acknowledged to me that he/she/they executed the same

in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument

the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _____**Utah**_____ that

the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

✝ Document Control Officer
Personally Known

SIOBHAN BILLINGSLEY
Notary Public  State of Utah
My Commission Expires on:
June 17, 2019
Comm. Number: 683771

12075.194



**(http://www.hcpafl.org)**

## Parcel Result
## Folio: 178950-0000

PROPERTY RECORD CARD



CIARAVELLA SAL JR
CIARAVELLA MARVA W
Mailing Address
11314 N ARMENIA AVE
TAMPA, FL  33612-5010
Site Address
1722 CHESTNUT ST, TAMPA

| | |
|---|---|
| PIN: | A-14-29-18-4PQ-000015-00007.0 |
| Folio: | 178950-0000 |
| Prior PIN: | |
| Prior Folio: | 000000-0000 |
| Tax District: | TA TAMPA |
| Property Use: | 0800 MFR <10 UNITS |
| Plat Book / Page: | 3 / 30 |
| Neighborhood: | 204003.00 | W Tampa Area, S of Columbus, W of River |
| Subdivision: | 4PQ | MAC FARLANES REV MAP OF ADDITIONS TO WEST TAM |

Value SummaryGIS Map
Value Summary

EXHIBIT _D_____

Case 15-50375-KKS    Doc 31    Filed 01/15/16    Page 33 of 43

Hillsborough County Property Appraiser > Property Search                          Page 2 of 4

| Taxing District | Market Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| County | $79,402 | $61,650 | $0 | $61,650 |
| Public Schools | $79,402 | $79,402 | $0 | $79,402 |
| Municipal | $79,402 | $61,650 | $0 | $61,650 |
| Other Districts | $79,402 | $61,650 | $0 | $61,650 |

Note: This section shows Market Value, Assessed Value, Exemptions, and Taxable Value for taxing districts. Because of changes in Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000 Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies to countywide and certain municipal millages.



Map It!

Sales History

| Off. Record Book | Page | Date Month | Year | Type Inst | Qualified or Unqualified | Vacant or Improved | Sale Price |
|---|---|---|---|---|---|---|---|
| 13537 | 0278 | 01 | 2004 | WD | Unqualified | Improved | $80,000 |
| 2923 | 0512 | 01 | 1974 | | Qualified | | $100 |

Building 1



BAS(L13 FOP(L11 UST(L9 FOP(L11 D6 R11 U6) D6 R9 U6) D6 R11 U6) D6 L31 U6 L13 D34 R13 FOP(D1 R31 U4 L31 D3) U3 R31 D3 R13 U34).

Building Characteristics

**Type:**     27 | DUPLEX/TRIPLEX/QUADPLX/ETC
Year Built: 1978

Construction Details

| Element | Code | Construction Detail |
|---|---|---|
| Class | C | Masonry Or Concrete Frame |
| Exterior Wall | 5 | Concrete Block |
| Roof Structure | 3 | Gable Or Hip |
| Roof Cover | 3 | Asphalt/Comp. Shingle |
| Interior Walls | 5 | Drywall |
| Interior Flooring | 8 | Carpet |
| Heat/Ac | 2 | Central |
| Condition | 3 | Average |
| Stories | 1.0 | |
| Bedrooms | 2.0 | |
| Bathrooms | 1.0 | |
| Units | 2.0 | |

Building Sub Areas

| Area Type | Gross Area | Heated Area | Depreciated Value |
|---|---|---|---|
| BAS | 1,659 | 1,659 | $62,543 |
| FOP | 66 | 0 | $603 |
| UST | 54 | 0 | $829 |
| FOP | 66 | 0 | $603 |
| FOP | 124 | 0 | $1,169 |
| Totals | 1,969 | 1,659 | $65,747 |

Land Lines

| LN | Use Code | Description | Zone | Front | Depth | Unit Type | Total Land Units | Land Value |
|---|---|---|---|---|---|---|---|---|
| 1 | REB0 | Res SF Class 2.00 | RM-16 | 75 | 94 | SE | SF LOTS W/ EFF SIZE | 7,050.00 | $13,677.00 |

Hillsborough County Property Appraiser > Property Search

Legal Lines

| LN | Legal Description |
| --- | --- |
| 1 | MAC FARLANES REV MAP OF ADDITIONS TO WEST TAMPA LOT 7 AND E 1/2 OF LOT 8 BLOCK 15 |

Disclaimer

Please note that property values on this site are continually being updated and are a work in progress throughout the year. The final values are certified in October of each year.

Last Updated: 12/28/2015

© Copyright 2014 Hillsborough County Property Appraiser. All Rights Reserved. | **Disclaimer (http://www.hcpafl.org/Disclaimer)**

12/29/2015



interest holdings <interestholdings@gmail.com>

---

# Bankruptcy Petition #: 15-50375-KKS / Salvador Ciaravella, Jr. & Marva / 1724 Chestnut St, Tampa Florida

3 messages

---

**William Crescenzo** <william@interestholdings.com>　　　　　Wed, Apr 6, 2016 at 11:41 AM
To: acv7398 <acv7398@aol.com>

Alyssa,

Could you please make an offer to the Trustee for $1500.00 for the following property subject to all mortgages and liens. I would request a Trustees Authorization so I may deal directly with the bank as well.

If agreed, I will figure the doc stamps out as well.

—

William Crescenzo
Director of Acquisitions
Cell:　813-360-0000
Office:813-426-3456
Fax:　866-874-5319
1000 Channelside Drive,
Penthouse 3E
Tampa, Florida 33602
William@interestholdings.com
InterestHoldings@gmail.com

### CONFIDENTIAL STATEMENT

This electronic message transmission contains information from Interest Holdings Inc. and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at 813-426-3456. Thank you for your cooperation.

---

📄 **6176321-0–25894.pdf**
271K

---

**William Crescenzo** <william@interestholdings.com>　　　　　Tue, Apr 19, 2016 at 7:30 PM
To: acv7398 <acv7398@aol.com>

Alyssa,

Has the Trustee accepted our offer of $1500.00 on this property? I would need to do a short sale afterwards.
[Quoted text hidden]

---

**acv7398** <acv7398@aol.com>　　　　　Tue, Apr 19, 2016 at 11:38 PM
To: William Crescenzo <william@interestholdings.com>

No. The Trustee is not interested in pursuing any more offers if this nature for under $3500.

Alyssa

Sent from my Verizon Wireless 4G LTE smartphone