```
          UNITED STATES BANKRUPTCY COURT
           NORTHERN DISTRICT OF FLORIDA
              PANAMA CITY DIVISION
```

IN RE:

SALVADOR AND MARVA CIARAVELLA           CASE NO. 15-50375-KKS
                                        CHAPTER 7
         Debtor.
_____/

## ORDER AUTHORIZING SALE (Doc. 42)

THIS CAUSE came before this Court on the Trustee's Report and Notice of Intention to Sell Property of the Estate located at 11314 Armenia Ave., Tampa, Florida (Doc. 42) and the Response filed thereto by Ditech Financial, LLC (Doc. 48) and, after notice and a hearing on June 23, 2016, and the Court being fully advised in the premises, it is

ORDERED that:

1. The sale as set forth in the Report and Notice of Intent to Sell is approved subject to the lien held by Ditech Financial, LLC.

2. The foreclosure sale scheduled for July 18, 2016, shall go forth as scheduled.

3. Nicolo Tarantini, the purchaser, is prohibited from interfering with the foreclosure sale scheduled

for July 18, 2016.

    4. Nothing in this order is intended to preclude the purchaser from paying off the existing mortgage of Ditech Financial, LLC prior to or at the foreclosure sale nor shall this order preclude the purchaser from bidding on the property at the foreclosure sale.

    DONE AND ORDERED this 30th day of <u>June</u>, 2016.

                                KAREN K. SPECIE
                                Bankruptcy Judge

Trustee, John E. Venn, Jr., is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

Prepared by: (Amended in Chambers)
John E. Venn, Jr.