UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: )
)
SALVADOR AND MARVA CIARAVELLA ) CASE NO. 15-50375
) CHAPTER 7
Debtors. )
)

## RESPONSE TO VERIFIED MOTION TO PURCHASE PROPERTY FROM THE ESTATE (Doc.56)

JOHN E. VENN, JR., Trustee, by his undersigned attorney, hereby files his Response to the Verified Motion to Purchase Property from the Estate (Doc.56):

The Trustee has determined that the sale in accordance with the terms of the motion is not in the best interest of the estate.

WHEREFORE, Trustee respectfully requests that this court enter an order denying the motion and for such other and further relief as is just and proper.

JOHN E. VENN, JR.
FL Bar No. 184992
220 W. Garden St.
Suite 603
Pensacola, FL 32502
(850) 438-0005
Johnevennjrpa@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to William Crescenzo, 3101 N. Nebraska Ave, Tampa, FL 33603 by regular U.S. Mail, Salvador and Marva Ciaravella, Jr(salc1912@gmail.com) via email and Heller&Zion, LLP(mail@hellerzion.com), Brandi Lesesne(blesesne@aldridgepite.com), Michael Reiter(mikelawbk@gmail.com), Office of U.S. Trustee(USTP.Region21@usdoj.gov) by ECF, this _11_ day of July, 2016.

/s/ John E. Venn, Jr.
JOHN E. VENN, JR.