UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

SALVADOR AND MARVA CIARAVELLA              CASE NO. 15-50375-KKS
                                            CHAPTER 7

        Debtor.
_____/

## ORDER DENYING VERIFIED MOTION TO PURCHASE PROPERTY FROM THE ESTATE (Doc. 56)

THIS CAUSE came before this Court on the Verified Motion to Purchase Property from the Estate filed by William Crezcenzo (Doc. 56) and the Objections thereto filed by the Trustee (Doc. 59), Wells Fargo Bank, N.A. (Doc. 68) and U.S. Bank National Association (Doc. 70), and, after notice and a hearing on August 26, 2016, and the Court being fully advised in the premises, it is

ORDERED that the Motion is denied. DONE AND ORDERED this the 31st day of August, 2016.

_____
KAREN K. SPECIE
Bankruptcy Judge

Trustee, John E. Venn, Jr., is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

Prepared by: (Amended in Chambers)
John E. Venn, Jr.