UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: )
)
SALVADOR CIARAVELLA, JR. ) CASE NO. 15-50375-KKS
and MARVA CIARAVELLA ) CHAPTER 7
)
Debtors. )
)

### REPORT AND NOTICE OF TRUSTEE'S
### INTENTION TO ABANDON PROPERTY OF ESTATE

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
> Pursuant to Local Rule 2002-2, the court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the trustee
>
> If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice of hearing, and may grant the relief requested.

JOHN E. VENN, JR., Trustee, reports that he intends to abandon the following property of the estate:

**1) PROPERTY DESCRIPTION:** All interest in the real property located at 1722 and 1724 Chestnut St, Tampa, Florida

**2) PROPERTY VALUE:** $0

**3) REASON FOR ABANDONMENT:** There are validly perfected liens on the properties which exceed the value of the properties.

NOTICE IS HEREBY GIVEN that all objections to the proposed abandonment shall be in writing and filed with the Clerk Bankruptcy Court, 110 E. Park Ave., Room 100, Tallahassee, FL 32301, with a copy served on the trustee within twenty-one (21) days from the date of mailing. The objection shall state the reason for the objection and include a request for hearing. If no objection is filed, the abandonment shall be deemed to be final.

Dated: 09/21/16

JOHN E. VENN, JR., TRUSTEE
FL Bar No. 184992
220 W. Garden St., #603
Pensacola, FL 32502
(850) 438-0005
johnevennjrpa@aol.com

Copies Mailed on 22 SEPT 16       By /s/ S. Ciaravella