```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF FLORIDA
                   PANAMA CITY DIVISION
```

IN RE:

SALVADOR AND MARVA CIARAVELLA    CASE NO. 15-50375-KKS
                                 CHAPTER 7
         Debtor.
_____/

## TRUSTEE'S REPORT OF SALE

JOHN E. VENN, JR., Trustee, hereby files his Report of Sale and states the following:

1. On December 27, 2015, the Trustee noticed his intention to sell property of the estate as described in said Notice (Doc. 25).

2. No objections to the sale were received by the Trustee.

3. Accordingly, the Trustee hereby acknowledges the consummation of the sale to the purchaser(s) with any and all appropriate documents having been delivered to the purchaser(s).

4. The Trustee further acknowledges that the sum

of $5,400.00 has been deposited into the estate's account.

/s/ John E. Venn, Jr.
JOHN E. VENN, JR.
FL Bar No. 184992
220 W. Garden St.
Suite 603
Pensacola, FL 32502
(850) 438-0005
Johnevennjrpa@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished MICHAEL REITER at mikelawbk@gmail.com, RICHARD COHN at ecfbankruptcy@popkinrosaler.com, BRANDI LESESNE at ecfflnb@aldridgepite.com, NICOLE NOEL at bankruptcynotices@kasslaw.com, WANDY MURRAY at ecfflnb@aldridgepite.com, and OFFICE OF U.S. TRUSTEE at USTPRegion21.TL.ECF@usdoj.gov, this 13th day of October, 2016.

/s/ John E. Venn, Jr.
JOHN E. VENN, JR.
